IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAMARA PETRA GREENWAY, | ) | |
| 4 Albbvlickweg, Floor E | ) | |
| Aichtal, 72631 DE Germany, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **COMPLAINT**

Plaintiff, the United States of America, at the request and with the authorization of a

delegate of the Secretary of the Treasury in accordance with 31 U.S.C. § 3711(g)(4)(C), and at

the direction of the Attorney General of the United States, brings this civil action to collect the

penalties assessed against Tamara Petra Greenway under 31 U.S.C. § 5321(a)(5) for her failure

to report her interest in foreign bank accounts for calendar years 2009 and 2012.  In support of

this action, the United States alleges as follows:

### **Jurisdiction and Venue**

1.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345,

and 1355(a).

2.      Venue properly lies in this district under 28 U.S.C. § 1391(c)(3) because the

defendant, Tamara Petra Greenway resides in Germany.

**Greenway's Failure to Timely Report
Her Financial Interest in Foreign Financial Accounts**

3.      All citizens and residents of the United States who have a financial interest in, or signatory or other authority over, any foreign financial account that had a maximum value greater than $10,000 during the calendar year are required to file an annual report disclosing the existence of each account.  31 U.S.C. § 5314; 31 C.F.R. § 1010.350.

4.      During 2009 through 2012, the annual report, known as a Report of Foreign Bank and Financial Accounts ("FBAR") was due no later than June 30 of the year following the calendar year at issue.  31 C.F.R. § 1010.306(c).

5.      In addition, all persons who are required to file Schedule B with their federal income tax returns are required to disclose on Schedule B whether at any time during the year they had a financial interest in or signatory authority over a financial account located in a foreign country.

6.      Tamara Petra Greenway ("Defendant") was born in Germany. She became a permanent resident of the United States on August 15, 1974 and held this status through at least November 5, 2014.

7.      In 2009, the Defendant was the beneficial owner Global Marketing Solutions Foundation, which held two bank accounts with Stanford International Bank, a private bank located in Antigua.

8.      The accounts at Stanford International Bank (account numbers XXXX92 and XXXX68) had an aggregate balance of $215,703.[1]

---

[1] Portions of the account numbers referenced herein are redacted as required under Local Rule 5.4(f).

9.      In 2012, Defendant was a beneficial owner of a bank account with Volksbank

Kirchheim-Nuertingen eG (account number XXXX XXXX XXXX XXXX XX10 04), a private

bank located in Germany, with a balance of $100,000.

10.      Defendant failed to file an FBAR as required for her accounts in 2009 and 2012.

She failed to attach a Schedule B to her individual federal income tax returns for those years, and

therefore failed to disclose that she had the beneficial ownership of the accounts.

**Claim for Relief: Reduction of Civil Penalties to Judgment**

11.      31 U.S.C. § 5321(a)(5) provides for the imposition of civil penalties for willful or

non-willful failure to comply with the reporting requirements of Section 5314.  For violations

involving the non-willful failure to report the existence of an account, the maximum amount of

the penalty that may be assessed is $10,000 for each violation of the FBAR filing requirements.

31 U.S.C. § 5321(a)(5)(B)(i).

12.      Due to the Defendant's failure to file FBARs reporting her financial interest in her

foreign bank accounts in 2009 and 2012, a delegate of the Secretary of the Treasury of the

United States assessed penalties against her under 31 U.S.C. § 5321(a)(5) in the amount of

$10,000 for each violation as follows:

> (a) Tax Year 2009 – $10,000 for foreign account number XXXX68 at Stanford
>
> International Bank assessed on March 29, 2016.
>
> (b) Tax Year 2009 – $10,000 for foreign account number XXXX92 at Stanford
>
> International Bank assessed on March 29, 2016.
>
> (c) Tax Year 2012 – $10,000 for foreign account number XXXX XXXX XXXX
>
> XXXX XX10 04 at Volksbank Kirchheim-Nuertingen eG assessed on March 29,
>
> 2016.

3

13.     On April 1, 2016, a delegate of the Secretary of the Treasury of the United States gave notice of the assessments to the Defendant and demanded payment of the assessments from the Defendant.

14.     Despite the notice and demand for payment, the Defendant has failed to pay the penalties assessed against her.

15.     Interest and penalties have accrued and will continue to accrue on the penalty assessments described in paragraph 12 above pursuant to 31 U.S.C. § 3717(a), (e).

16.     As of March 23, 2017, the Defendant is indebted to the United States in the amount of $32,065.48 plus statutory additions which continue to accrue thereafter as provided by law.

WHEREFORE, the Plaintiff, the United States of America, respectfully prays as follows:

A.     That the Court enter judgment in favor of the United States and against Tamara Petra Greenway in the amount of $32,065.48 for the penalties assessed against her under 31 U.S.C. § 5321(a)(5), accrued interest on such penalties, penalties for late payment, and further statutory additions thereon as allowed by law from March 23, 2017 to the date of payment; and

B.     That the Court award such other and further relief, including the costs of this action, as may be deemed just and proper under the circumstances.

DATED: March 26, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Attorney General
Tax Division

/s/Ann E. Nash
ANN E. NASH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-307-6489
Fax:  202-514-6866
Ann.E.Nash@tax.usdoj.gov

*Counsel for the United States*

OF COUNSEL:
Jessie K. Liu
United States Attorney
District of District of Columbia

# CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

## I. (a) PLAINTIFFS

## DEFENDANTS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated or Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

○ **A.  Antitrust**

410  Antitrust

○ **B.  Personal Injury/ Malpractice**

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
367 Health Care/Pharmaceutical Personal Injury Product Liability
368 Asbestos Product Liability

○ **C.  Administrative Agency Review**

151 Medicare Act

**Social Security**
861 HIA (1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g))
864 SSID Title XVI
865 RSI (405(g))
**Other Statutes**
891 Agricultural Acts
893 Environmental Matters
890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

***(If Antitrust, then A governs)***

○ **E.  General Civil (Other)**        OR        ○ **F.  Pro Se General Civil**

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 27 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Conditions
560 Civil Detainee – Conditions of Confinement

**Property Rights**
820 Copyrights
830 Patent
835 Patent – Abbreviated New Drug Application
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant)
871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
625 Drug Related Seizure of Property 21 USC 881
690 Other

**Other Statutes**
375 False Claims Act
376 Qui Tam (31 USC 3729(a))
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

462 Naturalization Application
465 Other Immigration Actions
470 Racketeer Influenced & Corrupt Organization
480 Consumer Credit
490 Cable/Satellite TV
850 Securities/Commodities/ Exchange
896 Arbitration
899 Administrative Procedure Act/Review or Appeal of Agency Decision
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/Privacy Act* | ○ **J.** *Student Loan* |
|---|---|---|---|
| **530 Habeas Corpus – General**<br>**510 Motion/Vacate Sentence**<br>**463 Habeas Corpus – Alien Detainee** | **442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)**<br><br>**\*(If pro se, select this deck)\*** | **895 Freedom of Information Act**<br>**890 Other Statutory Actions (if Privacy Act)**<br><br><br>**\*(If pro se, select this deck)\*** | **152 Recovery of Defaulted Student Loan (excluding veterans)** |
| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
| **710 Fair Labor Standards Act**<br>**720 Labor/Mgmt. Relations**<br>**740 Labor Railway Act**<br>**751 Family and Medical Leave Act**<br>**790 Other Labor Litigation**<br>**791 Empl. Ret. Inc. Security Act** | **441 Voting (if not Voting Rights Act)**<br>**443 Housing/Accommodations**<br>**440 Other Civil Rights**<br>**445 Americans w/Disabilities – Employment**<br>**446 Americans w/Disabilities – Other**<br>**448 Education** | **110 Insurance**<br>**120 Marine**<br>**130 Miller Act**<br>**140 Negotiable Instrument**<br>**150 Recovery of Overpayment & Enforcement of Judgment**<br>**153 Recovery of Overpayment of Veteran's Benefits**<br>**160 Stockholder's Suits**<br>**190 Other Contracts**<br>**195 Contract Product Liability**<br>**196 Franchise** | **441 Civil Rights – Voting (if Voting Rights Act)** |

**V. ORIGIN**

○ **1 Original Proceeding**   ○ **2 Removed from State Court**   ○ **3 Remanded from Appellate Court**   ○ **4 Reinstated or Reopened**   ○ **5 Transferred from another district (specify)**   ○ **6 Multi-district Litigation**   ○ **7 Appeal to District Judge from Mag. Judge**   ○ **8 Multi-district Litigation – Direct File**

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>**YES**       **NO** |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | **YES**       **NO** | If yes, please complete related case form |

DATE: _____       SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: