IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-00683-CRC |
| v. ) | |
| ) | |
| TAMARA PETRA GREENWAY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STATUS REPORT AND MOTION FOR VOLUNTARY
DISMISSAL AND WITHDRAWAL OF LETTERS ROGATORY**

The United States of America files this combined status report and motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). The United States reported in its last Status report that the IRS and the U.S. Department of Justice Tax Division were reviewing whether a judgment in this case would be collectible. The IRS and the Tax Division completed that review and conceded the penalties assessed against Tamara Petra Greenway under 31 U.S.C. § 5321(a)(5) for her failure to report her interest in foreign bank accounts for calendar years 2009 and 2012.

On account of this concession, the United States moves for dismissal of this action and withdrawal of the Letters Rogatory issued by this Court for service of process on Tamara Petra Greenway. A proposed Order is attached.

DATE: February 14, 2022              /s/ Ann E. Nash
                                                   ANN. E. NASH
                                                   Trial Attorney, Tax Division
                                                   United States Department of Justice
                                                   P.O. Box 227
                                                   Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Phone: 202.307.6489
                                                   Fax: 202.514.6866
                                                   Email: ann.e.nash@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on February 14, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

                                                                                       /s/ Ann E. Nash
                                                                                       ANN E. NASH